UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 AYAD K. YATOOMA,

        Defendant.
_____/

Criminal No. 14-cr-20555

Honorable George Caram Steeh

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-1 ADNAN KEJBOU,

        Defendant.
_____/

Case No. 14-20774

Honorable George Caram Steeh

## AMENDED PRELIMINARY ORDERS OF FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 36, the Preliminary Orders of Forfeiture entered against Defendant Ayad K. Yatooma on April 7, 2015 (*Docket No. 8, Case No. 14-20555*), and against Defendant Adnan Kejbou on April 7, 2015 (*Docket No. 10, Case No. 14-20774*), are hereby amended to add 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c) as additional statutory authority for the forfeiture described in the Orders. The addition of these statutory provisions supplements, but does not replace the statutory authority included in the

original Preliminary Orders of Forfeiture.  The original Preliminary Orders of Forfeiture referenced above are fully incorporated herein and shall not be amended in any other respect.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**IT IS SO ORDERED.**

Date: December 6, 2016

                                        s/George Caram Steeh
                                        HONORABLE GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE